IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-02605-LTB-KLM

PITKIN IRON CORPORATION, a Colorado corporation,

    Plaintiff(s),

v.

DIRK KEMPTHORNE, in his official capacity as SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR,
THE BUREAU OF LAND MANAGEMENT, an Agency of the United States Department of the Interior, and
INTERIOR BOARD OF LAND APPEALS,

    Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN  L. MIX**

    This matter is before the Court on Plaintiff's Unopposed Motion to Amend Minute Order (Docket No. **18,** Filed August 13, 2007) ("the motion").

    IT IS HEREBY **ORDERED** the motion is **GRANTED.**

    IT IS FURTHER  **ORDERED**  the parties' proposed briefing schedule is adopted and made an order of the Court.

    Plaintiff  shall file its  OPENING BRIEF **no later than    SEPTEMBER 05, 2007**

    Defendants shall file their RESPONSE BRIEF **no later than OCTOBER 19, 2007**

    Plaintiff shall file its REPLY BRIEF   **no later than NOVEMBER 16, 2007**

Dated:  August 20, 2007