IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-02605-LTB-KLM

PITKIN IRON CORPORATION, a Colorado corporation,

    Plaintiff(s),

v.

DIRK KEMPTHORNE, in his official capacity as SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR,
THE BUREAU OF LAND MANAGEMENT, an Agency of the United States Department of the Interior, and
INTERIOR BOARD OF LAND APPEALS,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN  L. MIX**

    This matter is before the Court pursuant to Defendants' Unopposed Motion to Amend Minute Order [Docket No. 25, Filed October 10, 2007] ("the motion").

    IT IS HEREBY **ORDERED** the motion is **GRANTED.**

    IT IS FURTHER  **ORDERED**  the parties' proposed briefing schedule is adopted and made an Order of the Court.

    Defendants shall file their RESPONSE BRIEF **no later than November 2, 2007**.

    Plaintiff shall file its REPLY BRIEF **no later than December 7, 2007**.

    No further extensions of time of this briefing schedule will be permitted.

Dated:  October 12, 2007